IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE PEYTON,

        Plaintiff,                    1: 08 CV 0192O OWW YNP SMS (PC)

    vs.                             ORDER RE MOTIONS (DOCS 7,8)

P. VASQUEZ, et al.,

        Defendants.

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has been granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g).

      Pending before the court are Plaintiff's motions to proceed in forma pauperis and for an order directing prison officials to provide him with trust account information.  On December 18, 2008, Plaintiff was granted leave to proceed in forma pauperis.  The court no longer requires trust account information from Plaintiff.   Plaintiff's motions are therefore moot.

       Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions are therefore denied as moot.

      IT IS SO ORDERED.

1  **Dated:   September 30, 2009**            /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE